**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin James Clark, ) | No. CV-05-181-PHX-SMM |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Dora Schriro, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

    Before the Court is Petitioner's Notice of Amended Petition and Request for Evidentiary Hearing (Dkt. 45). By Order dated October 6, 2005, the Court adopted the Report and Recommendation of the Magistrate Judge, denied Petitioner's Petition for Writ of Habeas Corpus, and dismissed this action with prejudice. (Dkt. 31.) Judgment was entered accordingly. (Dkt. 32.) The Ninth Circuit Court of Appeals granted Petitioner's certificate of appealability with respect to the following issue: whether the district court properly rejected Petitioner's equitable tolling arguments and dismissed the petition as time-barred under the AEDPA's statute of limitation. (Dkt. 42, Order dated Aug. 7, 2006.) Petitioner's Notice of Amended Petition indicates that his appeal remains pending. Therefore his action in District Court remains closed, and an amended petition will not be received at this time.

//

1  Accordingly,

2  **IT IS HEREBY ORDERED** denying without prejudice Petitioner's Notice of
3  Amended Petition and Request for Evidentiary Hearing (Dkt. 45).

4  DATED this 24th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge